IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL LANGSTON

          Plaintiff,

v.                                                          Civil No. 3:17-CV-01387-M

ACE CASH EXPRESS, INC.

          Defendant.

## JOINT STIPULATION TO
## TRANSFER TO ARBITRATION AND DISMISS ACTION

Plaintiff Michael Langston and Defendant ACE Cash Express, Inc., (collectively referred to as the "Parties") stipulate and agree, by and through their respective undersigned attorneys, that the claims asserted in this lawsuit are subject to the terms of the signed Arbitration Agreement. Therefore, the Parties stipulate that the claims asserted here are transferred to Arbitration and the pending lawsuit is dismissed with prejudice, subject to the Court retaining jurisdiction to enter any order compelling and/or confirming any arbitration award in the event of a dispute.

Respectfully Submitted,

*/s/ Marc Kirkland*
_____
**MARC KIRKLAND**
marc.kirkland@strasburger.com
Texas Bar No. 24046221
**MONICA F. RAMIREZ**
monica.ramirez@strasburger.com
Texas Bar No. 24068621
**STRASBURGER & PRICE, LLP**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
*Counsel for ACE Cash Express, Inc.*


- AND -


*/s/ Amy Lynn Bennecoff Ginsburg*
_____
**Amy Lynn Bennecoff Ginsburg**
PA State Bar 202745PA
Kimmel & Silverman
30 East Butler Avenue
Ambler, PA 19002
Telephone: (215) 540-8888
aginsburg@creditlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

**Amy L. Bennecoff Ginsburg**
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone :  (215) 540-8888
Email:  aginsburg@creditlaw.com

 and

Kimberly A. Lucas
Kyle Mathis & Lucas LLP
8226 Douglas Avenue, Suite 450
Dallas, TX  75225
Telephone:  (214) 706-7607
Email:  kim@mathislucas.com
*Counsel for Plaintiff*

*/s/ Monica F. Ramirez*
_____
**MONICA F. RAMIREZ**